UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALVARO ENRIQUE MORAN HERNANDEZ, *Petitioner* | § § § § | |
| | § | Case No. SA-26-CA-00627-XR |
| v. | § § | |
| MIGUEL VERGARA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, SAN ANTONIO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY, PAM BONDI, U.S. ATTORNEY GENERAL; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, KARNES COUNTY IMMIGRATION PROCESSING CENTER WARDEN, *Respondents* | § § § § § § § § § § § § § § § § | |

## SERVICE ORDER

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Alvaro Enrique Moran Hernandez, who is currently detained in the Karnes County Immigrant Processing Center in Karnes City, Texas, located in the Western District of Texas. ECF No. 1 at 2.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents:

1. Pamela Jo Bondi, U.S. Attorney General;

1

2. Kristi Lynn Noem, Secretary of Homeland Security;

3. Department of Homeland Security;

4. Executive Office for Immigration Review; and

5. Miguel Vergara, Director of the San Antonio Field Office of U.S. Immigration and Customs Enforcement.

*See* FED. R. CIV. P. 4(i). Service should be directed to

Stephanie Rico
Civil Process Clerk
U.S. Attorney's Office for the Western District of Texas,
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

It is **FURTHER ORDERED** that the Clerk of Court shall serve Warden, Karnes County Immigrant Processing Center with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process. Service should be directed to

Warden
Karnes County Immigrant Processing Center
409 FM 1144
Karnes City, TX 78118

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service. Because this case appears to turn on whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the Court's prior orders addressing this question[1] and note any material factual differences** between those cases and this one. If Respondents so choose, in lieu of a full response, they may instead file a response

---

[1] *E.g.*, *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025).

indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 2nd day of February, 2026.

 

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE