**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALVARO ENRIQUE MORAN HERNANDEZ, *Petitioner* | § § § § | |
| | § | Case No.  SA-26-CV-00627-XR |
| v. | § § | |
| MIGUEL VERGARA, et al., *Respondents* | § § | |

**FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

The petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated April 1, 2026. Petitioner was released from detention in accordance with that Order.  ECF No. 7.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this April 7, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE